# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | M.J. No.: 05m-1153 JGD |
| FERNANDO SALAS SICAIROS | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From at least in or about September 2005 to in or about SEptember 2005, in Boston the District of **Massachusetts** and **in Chula Vista, California**, and elsewhere, the defendants did:

> conspire to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

I further state that I am a Special Agent with the FBI and that this complaint is based on the following facts:

**Please see attached Affidavit of SA Vincent Chambers**

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_____
Vincent Chambers
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

**September 14, 2005**        at        **Boston, Massachusetts**
Date                                    City and State

JUDITH G. DEIN
**United States Magistrate Judge**                _____
Name and Title of Judicial Officer         Signature of Judicial Officer

JS 45 (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts    **Category No.** _____    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name   Fernando Salas Sicairos    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1974   SSN (last 4 #): ____   Sex M   Race: ____   Nationality: ____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt    Bar Number if applicable _____

Interpreter:   ☐ Yes   ☐ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as   of 9/14/05   in   San Diego, CA
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/14/05    **Signature of AUSA:** /s/ Peter K. Levitt

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   Fernando Salas Sicairos

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count | mbers |
|---|---|---|---|
| Set 1  Title 21 USC 846 | Conspiracy to Possess/Distribution Cocaine | 1 | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**